UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK          06 Civ. 0712 (RJD)

GLOBUS POMORSKA AGENCIJA D.O.O.,

                          Plaintiffs,

       - against -                REPLY

GLOBAL CONTAINER LINES LIMITED,

                          Defendant.

Plaintiff, by its attorneys, Cichanowicz Callan Keane Vengrow & Textor, LLP, for its reply to the defendant's counterclaim, alleges on information and belief:

1. With respect to the allegations of para. 10, repeats the relevant allegations of its complaint and denies that it (a) owes any amounts to defendant, (b) breached the agreement, or (c) was negligent.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations of para. 11 except admits that plaintiff offered to provide certain services for which defendant agreed to pay.

3. Denies the allegations of para. 12

4. Denies the allegations of para. 13.

### AFFIRMATIVE DEFENSE

5. Defendant's counterclaim is barred since defendant alleges at para. 7 of its answer that plaintiff paid anything that was owed to defendant.

WHEREFORE, plaintiff prays for judgment dismissing defendant's counterclaim for the full amounts of its invoices together with interest plus the costs and disbursements of this action.

-2-

Dated:  New York, NY        CICHANOWICZ CALLAN KEANE VENGROW
                                                      & TEXTOR, LLP
        April 4, 2006        61 Broadway, Ste. 3000, New York, NY 10006
                                                      212-344-7042
                                                      Attorneys for Plaintiff

                                                      By:   s/ Joseph De May, Jr.
                                                                   Joseph De May, Jr. [JD-9105]

TO:  HEALY & BAILLIE, LLP
       Attorneys for Defendant
       61 Broadway, 32nd Fl.
       New York, NY 10006

-3-

CERTIFICATE OF SERVICE

JOSEPH De MAY, JR. declares under the penalty of perjury that the following statement is true.  On April 4, 2006, the foregoing reply was served on defendant by mailing a true and complete copy of same to its attorneys at their office address as follows:

HEALY & BAILLIE, LLP
61 Broadway, 32nd Fl.
New York, NY 10006


Dated:    New York, NY

      April 4, 2006                                s/ Joseph De May, Jr._____

                                                           Joseph De May, Jr. [JD-9105]