LAW OFFICES OF
# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 BROADWAY, SUITE 3000
NEW YORK, N.Y. 10006-2802

PAUL M. KEANE
STEPHEN H. VENGROW'
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI#
PATRICK MICHAEL DECHARLES II¹

JESSICA A. DE VIVO°
IRENE M. ZANETOS°

'ALSO ADMITTED TO DISTRICT OF
COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
*ALSO ADMITTED TO GEORGIA
¹ALSO ADMITTED TO NEW JERSEY & TEXAS
°ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988

NEW JERSEY OFFICE
75 MONTGOMERY STREET, SUITE 200
JERSEY CITY, NJ 07302
(201) 209-0960

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

September 27, 2007
BY TELEFAX TO: 718-613-2345

The Hon. Robert M. Levy, U.S.M.J..
The Court House
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Globus Pomorska Agencija D.O.O. v. Global Container Lines Limited
06 Civ. 0712 (RJD) (E.D.N.Y.)
Our File: 8708/JDM

Your Honor:

We are the attorneys for plaintiff in the above captioned matter. This letter is in response to an inquiry from Mr. Lepp, Administrator of the Court's Mediation Program.

A mediation in this matter was held before the Court mediator, Professor Abramson, last Thursday, September 20th resulting in a full settlement, with settlement to be consummated not later than October 20, 2007. Plaintiff has no objection to entry of an order dismissing the case with leave to reopen in 30 days if settlement is not consummated.

Respectfully,
CICHANOWICZ CALLAN KEANE VENGROW
& TEXTOR, LLP

By: _____
Joseph De May, Jr.

Cc: Peter Drakos, Esq., Attorney for Defendant, by email to pdrakos@BlankRome.com
Gerald Lepp, Mediation Administrator, by fax to 718-613-2399